

# Kluger Healey, LLC
### Attorneys at Law

165 Passaic Avenue, Suite 306
Fairfield, New Jersey 07004
P: (973) 307-0800
F: (888) 635-1653
www.klugerhealey.com

**LANCE N. OLITT**
lolitt@klugerhealey.com
Admitted in NJ & NY

> APPLICATION GRANTED.  Joint letter due 9/15/2021.
>
> The Clerk shall terminate the letter-motion.  (Doc. #46).
>
> SO ORDERED:
>
> _[signature]_
>
> Vincent L. Briccetti, U.S.D.J., 9/8/2021

September 7, 2021

*VIA ECF*
Honorable Vincent L. Briccetti, U.S.D.J.
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re: **Murphy v. Mack-Cali Realty Corporation**
    **Case Action No. 20-cv-04102 (VLB)**

Dear Judge Briccetti:

This firm represents Defendant Mack-Cali Realty Corporation ("Mack-Cali") in the above referenced matter. On behalf of both parties, we write to respectfully request a one week extension of the September 8, 2021 by which the Court directed that counsel file a joint letter regarding which, if any, discovery disputes remain following counsel conferring on issues raised in ECF Documents 43 and 44.

Following the Court's Docket Text Order directing that counsel confer and then file the required joint letter, the undersigned and Plaintiff's counsel did confer at length by telephone on Friday, September 3, 2021. We will need to further confer with each other and our clients before we are able to be in a position to submit the joint letter ordered by the Court, and the long holiday weekend and Jewish holiday have also necessitated that we ask for additional time.

Accordingly, we respectfully request that the parties be granted an extension, until September 15, 2021, to file the aforementioned joint letter.

Respectfully submitted,

_[signature]_
Lance N. Olitt

cc: All counsel (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/21

---

Tinton Falls, NJ               New York, NY               Philadelphia, PA