UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
_Murphy_,
          Plaintiff(s),

v.

_Mack_,
          Defendant(s).
-------------------------------------------------------------x

11-16-21

**CALENDAR NOTICE**

20 CV 4102 (VB)

      **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on __1-10-__, 20 _22_, at __10:30 AM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __1-7-22__

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __11-16-__, 20 _21_
      White Plains, NY

SO ORDERED:

_/s/ Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge