UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DIANA HERSHCHUK MURPHY,
               Plaintiff,

v.

MACK-CALI REALTY CORPORATION,
               Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 4102 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. By April 14, 2022, defendant shall file its pre-summary judgment motion letter in accordance with Judge Briccetti's Individual Practices, Paragraph 2.B.ii. By April 21, 2022, plaintiff shall file her response to defendant's letter, also in accordance with Judge Briccetti's Individual Practices, Paragraph 2.B.ii.

2. The deadline to complete all discovery is extended to April 28, 2022. <u>No further extensions of this deadline will be granted.</u>

3. A status conference is scheduled for **April 28, 2022, at 3:00 p.m.**, to proceed by telephone. At the time of the scheduled conference, counsel shall attend by calling the following number and entering the access code when requested:

<u>Number</u>: (888) 363-4749 (toll-free) <u>or</u> (215) 446-3662

<u>Access Code</u>: 1703567

This conference will serve as the pre-summary judgment motion conference.

4. By separate order, the Court will refer this case to Magistrate Judge Andrew Krause for general pre-trial supervision. The parties may seek a settlement conference with Magistrate Judge Krause.

Dated: January 10, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge