UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DIANA HERSHCHUK MURPHY,
          Plaintiff,

v.

MACK-CALI REALTY CORPORATION,
          Defendant.
------------------------------------------------------------------x

**ORDER**

20 CV 4102 (VB)

DATE FILED: 6/13/2022

As discussed at a conference held today and attended by counsel for all parties, it is hereby ORDERED:

1. By **July 13, 2022**, the parties shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

2. By **September 14, 2022**, in accordance with Paragraph 4.A of the Court's Individual Practices, the parties shall submit a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices.

3. By **October 14, 2022**, the parties shall file proposed voir dire, any motions in limine, joint proposed jury instructions, and a joint verdict firm. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. Oppositions to motions in limine, if any, are due **October 21, 2022**. No replies will be permitted absent prior Court approval.

1

5.  A final pre-trial conference is scheduled for **November 7, 2022, at 3:00 p.m.**, to be

conducted in person at the White Plains Courthouse, Courtroom 620.

6.  Jury selection and trial are scheduled to begin on **November 14, at 9:30 a.m**.

Dated: June 13, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

2